IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, ) <br> SUCCESSOR TO RBC BANK (USA), ) <br> SUCCESSOR TO RBC CENTURA BANK, ) <br> SUCCESSOR TO REGIONS BANK ) <br> DOING BUSINESS AS AMSOUTH BANK ) <br>      Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLASSIC CRAB, INC. and ) <br> DARYL B. BRYANT A/K/A ) <br> DARYL BOYD BRYANT ) <br>      Defendants. ) | CIVIL ACTION 15-00459-KD-C |

## JUDGMENT

Upon consideration of the Court's findings in its previous Order (Doc. 26), as well as the Court's Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows: Plaintiff is awarded a judgment in its favor against the Defendant Classic Crab, Inc. in the total amount of $230,263.24, which is comprised of damages claimed by the Plaintiff on Count I (breach of promissory note) consisting of principal in the amount of $199,755.83, accrued interest in the amount of $17,215.23, accrued to March 16, 2016, late charges in the amount of $1,390.08, and attorney's fees in the amount of $11,902.10.

The Court expressly determines that there is no just reason for delay and therefore the foregoing judgment is a final judgment as to Defendant Classic Crab, Inc. and the Clerk is directed to enter this Order as a final judgment as to Defendant Classic Crab, Inc. pursuant to Federal Rule of Civil Procedure 54(b).

**DONE** and **ORDERED** this **6th** day of **June 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**